```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  2/24/16
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION,:
                               Plaintiff,  :
                                        :
           -against-  :           14-CV-1528 (VEC)
                                        :
STEPHEN DICARMINE, JOEL SANDERS, and  :           ORDER
FRANCIS CANELLAS,  :
                                        :
                            Defendants,  :
                                        :
DISTRICT ATTORNEY'S OFFICE OF NEW  :
YORK,  :
                            Intervenor.  :
-------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      WHEREAS the Court has entered Judgments as to Defendants Canellas, Mullken, and Davis;

      WHEREAS Defendants DiCarmine and Sanders are to be re-tried in a criminal prosecution by the District Attorney's Office of New York in September 2016 (Dkt. 62); and

      WHEREAS the case is stayed pending the parallel criminal matter (Dkt. 34);

      IT IS HEREBY ORDERED that the SEC shall submit a letter quarterly to update the Court on the status of the criminal proceeding. The SEC's next letter is due to the Court on **March 31, 2016**.

**SO ORDERED.**

Date: **February 24, 2016**
      **New York, New York**
                                                    **VALERIE CAPRONI**
                                                    **United States District Judge**