

UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
3 WORLD FINANCIAL CENTER, SUITE 400
NEW YORK, NY 10281

June 30, 2016

<u>VIA ECF</u>
Hon. Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY 10007

Re:  <u>SEC v. Davis, et al.</u>, (14-CV-1528) (VEC) (S.D.N.Y.)

Dear Judge Caproni:

   I am writing on behalf of Plaintiff Securities and Exchange Commission ("Commission") to update the Court on the status of the parallel criminal matter, <u>People v. Davis, et al.</u>, Ind. 773/2014 (Supreme Court, New York County), pursuant to the Court's order dated February 24, 2016.

   The court in the criminal trial is scheduled to rule on motions *in limine* in August 2016, and has adjourned the trial until January 2017.

   Please feel free to contact us if you have any questions or need additional information.

                                        Sincerely,


                                        s/ Howard Fischer_____
                                         Howard Fischer
                                         Attorney for Plaintiff
                                         Securities & Exchange Commission
                                         (212) 336-0589
                                         fischerh@sec.gov