

Scott M. Kessler

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103
Tel: 212.880.3800
Fax: 212.880.8965

Dir: 212.880.3874
Dir Fax: 212.905.6411
Scott.Kessler@akerman.com

August 25, 2017

Honorable Valerie E. Caproni
United States District Judge
United States Courthouse
40 Foley Square
New York, NY  10007

Re:   SEC v. Davis, et al., (14-cv-1528) (VEC) (S.D.N.Y.)

Dear Judge Caproni:

We write on behalf of our client Joel Sanders in response to the Court's July 19, 2017 Endorsed Order (ECF No. 91) seeking Mr. Sanders' position with regard to a continued stay of proceedings in this matter.

Mr. Sanders does not intend to seek an extension of the stay beyond September 15, 2017 at this point. Instead, Mr. Sanders has been engaged in discussions with the plaintiff Securities and Exchange Commission regarding potential resolution of this matter, and will be prepared to address the status of such discussions at the Court's already-scheduled September 15, 2017 Status Conference.

Respectfully submitted,

Scott M. Kessler

akerman.com

42670444;1