

**Locke Lord LLP**
Attorneys & Counselors

111 South Wacker Drive
Chicago, IL 60606
Telephone: 312-443-0700
Fax: 312-443-0336
www.lockelord.com

Michael H. King
Direct Telephone: 312-201-2213
Direct Fax: 855-595-4322
michael.king@lockelord.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/28/2017
```

**MEMO ENDORSED**

The Court does not currently have a status conference scheduled for December 1, 2017. The Court's September 15, 2017 Order (Dkt. 103) directed the parties to submit a joint letter by December 1, 2017 regarding the status of their settlement negotiations. That deadline shall remain in effect. As stated in the September 15, 2017 Order, the Court will decide whether to schedule a conference after reviewing the parties' joint letter. SO ORDERED.

*Valerie Caproni*  11/28/17

November 27, 2017

The Honorable Valerie Caproni
United States District Court
Southern District of New York
New York, New York

Re: Securities and Exchange Commission v. Stephen DiCarmine, et al.
Case No. 1:14 cv 01528

Dear Judge Caproni:

I represent Defendant Stephen DiCarmine in the above-referenced matter. This case is currently scheduled for a status report before you this Friday, December 1, 2017. My wife is scheduled for surgery on Friday morning in Chicago and consequently I cannot attend the Friday status call.

I have spoken with the lawyers representing the SEC and contacted counsel for Joel Sanders who are the only lawyers to my knowledge scheduled to appear Friday. I informed them of the circumstances and of my intention to request an adjournment of Friday's hearing. None has any objection to my request.

I hereby request an adjournment of the status conference currently scheduled for December 1, 2017. I appreciate the Court's consideration of this request.

Respectfully submitted

*Michael H. King*
Michael H. King

MK/jrd

cc: Brian Miller (Brian.Miller@ackerman.com)
William Finkel (finkelw@SEC.gov)
Howard Fischer (fischerh@SEC.gov)
Joseph Ceglio (ceglioj@SEC.gov)
R. J. DeRose (rderose@lockelord.com)
Kelly Connolly (Kelly.Connolly@ackerman.com)

Atlanta | Austin | Boston | Chicago | Cincinnati | Dallas | Hartford | Hong Kong | Houston | London | Los Angeles
Miami | Morristown | New Orleans | New York | Providence | San Francisco | Stamford | Washington DC | West Palm Beach