UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
SECURITIES AND EXCHANGE COMMISSION,:
:
Plaintiff, :
:
-against- :
:
STEVEN H. DAVIS, STEPHEN DICARMINE, :
JOEL SANDERS, FRANCIS CANELLAS, and :
THOMAS MULLIKIN, :
Defendants. :
:
------------------------------------------------------------- X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2018
```

14-CV-1528 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

WHEREAS on January 30, 2018 (Dkt. 116), Defendant DiCarmine informed the Court that he reached a settlement with Plaintiff as to liability and damages; and

WHEREAS Defendants Davis, Sanders, Canellas, and Mullikin have reached settlements with Plaintiff as to liability, but not as to damages; and

WHEREAS on February 2, 2018 (Dkt. 117), the Court ordered Defendants Davis, Sanders, Canellas, and Mullikin to appear for a conference; and

WHEREAS on February 16, 2018, Plaintiff and Defendants Davis, Sanders, and Canellas appeared for a conference, but Defendant Mullikin did not appear;

IT IS HEREBY ORDERED that proceedings as to damages for Defendants Davis, Sanders, Canellas, and Mullikin shall be STAYED until this Court enters judgments as to Defendants DiCarmine and Sanders. After that time, the Court will set an omnibus motion schedule for damages as to Defendants Davis, Sanders, Canellas, and Mullikin.

IT IS FURTHER ORDERED that no later than **March 13, 2018**, Defendant Mullikin must explain why he failed to appear at the February 16, 2018 conference and show cause why he should not be sanctioned.

**SO ORDERED.**

Date:  February 27, 2018
      New York, New York

**VALERIE CAPRONI**
**United States District Judge**