# akerman

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

T: 212 880 3800
F: 212 880 8965

June 25, 2019

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    **SEC v. Davis, et al., (1:14-cv-01528-VEC)**

Dear Judge Caproni:

      We represent defendant Joel Sanders ("Sanders") in this matter, and we write to provide the Court with a report on the status of Sanders' criminal appeal, as directed by Your Honor on June 12, 2018 (Doc. No. 129).

      Sanders' brief in the criminal appeal is due July 8, 2019, and we do not anticipate requesting any further extensions.

      We remain available should the Court have any questions concerning this update or the status of Sanders' criminal appeal.

                                          Respectfully submitted,

                                          /s/ *Scott M. Kessler*

                                          Scott M. Kessler

cc:    Counsel of Record (via ECF)