# akerman

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

T: 212 880 3800
F: 212 880 8965

October 7, 2019

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    **SEC v. Davis, et al., (1:14-cv-01528-VEC)**

Dear Judge Caproni:

      We represent defendant Joel Sanders ("Sanders") in this matter, and we write to provide the Court with a report on the status of Sanders' criminal appeal, as directed by Your Honor on June 12, 2018 (Doc. No. 129).

      Sanders' brief in the criminal appeal was originally filed on July 8, 2019.  After filing, the Appellate Division requested that the brief be limited to 150 pages.  As a result of this request, an amended brief was filed on August 5, 2019.  The Government requested an extension of time to file its response, which would move the appeal to the March 2020 Term.  No decision has been issued with respect to this request.  In addition and since our last update, Sanders appeared for his annual sentencing update with Court.

      We remain available should the Court have any questions concerning this update or the status of Sanders' criminal appeal.

                      Respectfully submitted,

                      /s/ *Scott M. Kessler*

                      Scott M. Kessler

cc:    Counsel of Record (via ECF)