# akerman

Scott M. Kessler

Akerman LLP
666 Fifth Avenue
20th Floor
New York, NY  10103

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

February 14, 2020

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY  10007

      Re:    **SEC v. Davis, et al., (1:14-cv-01528-VEC)**

Dear Judge Caproni:

      We represent defendant Joel Sanders ("Sanders") in this matter, and we write to provide the Court with a report on the status of Sanders' criminal appeal, as directed by Your Honor on June 12, 2018 (Doc. No. 129).

      Sanders' amended brief was filed on August 5, 2019. The Government originally requested an extension of time to file its response, to which Sanders stipulated.  An adjournment was granted to move the appeal to the March 2020 Term.  Thereafter, on January 16, 2020, at the Government's request, Sanders stipulated to further adjourn the appeal to the September 2020 Term, which remains subject to the approval of the First Department.

      We remain available should the Court have any questions concerning this update or the status of Sanders' criminal appeal.

      Respectfully submitted,

      /s/ *Scott M. Kessler*

      Scott M. Kessler

cc:    Counsel of Record (via ECF)