

Scott M. Kessler

Akerman LLP
1251 Avenue of the Americas
37th Floor
New York, NY  10020

D: 212 880 3874
T: 212 880 3800
F: 212 880 8965
DirF: 212 905 6411
Scott.Kessler@akerman.com

March 22, 2022

**VIA ECF**

Hon. Valerie E. Caproni, U.S.D.J.
United States Courthouse
40 Foley Square
New York, NY  10007

  Re: **SEC v. Davis, et al., (1:14-cv-01528-VEC)**

Dear Judge Caproni:

  We represent defendant Joel Sanders ("Sanders") in this matter, and we write to provide the Court with a report on the status of Sanders' criminal appeal, as directed by Your Honor on June 12, 2018 (Doc. No. 129).

  On February 17, 2022, the First Department affirmed the jury's verdict and the trial court's orders denying Sanders' motions to set aside the verdict, vacate the judgment, and renew his pre-trial dismissal motion.

         Respectfully submitted,

         Scott M. Kessler

cc: Counsel of Record (via ECF)