| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:_____<br>DATE FILED: 3/31/2022 |

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

        v.

STEVEN H. DAVIS, STEPHEN DICARMINE, JOEL SANDERS, FRANCIS CANELLAS, and THOMAS MULLIKIN,

        Defendants.

Case No. 1:14-cv-01528 (VEC)

## PROPOSED ORDER GRANTING WITHDRAWAL OF COUNSEL

Upon the Motion by DLA Piper LLP ("**DLA Piper**") and the accompanying Declaration of Christopher G. Oprison,

IT IS HEREBY ORDERED that the request to withdraw DLA Piper LLP as counsel for Defendant Joel Sanders is granted and the appearance of Mr. Oprison is withdrawn as of the date of this Order; and

IT IS HEREBY ORDERED that Christopher G. Oprison, individually and on behalf of DLA Piper LLP, shall be removed from the matrix and all further notice intended for Defendant Joel Sanders shall be sent to Michael King, Sweeney, Scharkey & Blanchard LLC, 230 W. Monroe Street, Suite 1500, Chicago, IL 60606 or via email at mking@ssbpartners.com.

Dated: 3/31/2022

                                                                                    Honorable Valerie E. Caproni
                                                                                     United States District Judge